CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

USMAN AMIROV,

                    Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

                    Defendants.

Case No. 3:26-cv-03429 TSH

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before August 31, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or September 1, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendants file their motion for summary judgment by November 2, 2026.

Stipulation to Extend
Case No. 3:26-cv-03429 TSH                    1

Dated: July 6, 2026                                    Respectfully submitted [1],

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                       /s/ Molly A. Friend
                                                       MOLLY A. FRIEND
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: July 6, 2026

                                                       /s/ Usman Amirov
                                                       USMAN AMIROV
                                                       *Pro Se*


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 6, 2026

                                                       HON. THOMAS S. HIXSON
                                                       United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-03429 TSH                    2